JOHN R. FIORINO v. JANE G. CLAYTON, CLERK OF MONMOUTH COUNTY.

May 16, 1984.

Petition for certification denied.

ATLANTIC CITY COIN AND SLOT SERVICE COMPANY, INC. v. O.T.X. CORPORATION.

May 16, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. CARL CESTARI.

May 16, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. VINCENT FLIPPEN.

May 16, 1984.

Petition for certification denied.